# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Christopher S Mazurek

Debtor(s)

CHAPTER 7

BKY. NO. 23-20817 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MEB Loan Trust II, U.S. Bank Trust National Association, not in its individual capacity but solely as trustee and index same on the master mailing list.

Respectfully submitted,



/s/ Denise Carlon
10 Jul 2023, 17:46:43, EDT

Brian C. Nicholas, Esq. (317240) ☐
Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com