**Information to identify the case:**

Debtor 1: Christopher S Mazurek
First Name   Middle Name   Last Name

Social Security number or ITIN   xxx–xx–4191
EIN   __–_____

Debtor 2 (Spouse, if filing):
First Name   Middle Name   Last Name

Social Security number or ITIN   ____
EIN   __–_____

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   23–20817–JAD

# Order of Discharge                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christopher S Mazurek

8/31/23

**By the court:**   Jeffery A. Deller
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 23-20817-JAD
Christopher S Mazurek                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 31, 2023 | Form ID: 318 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher S Mazurek, 945 Roupe Ave., Brackenridge, PA 15014-1129 |
| 15591832 | + | County of Allegheny, c/o John K. Weinstein, PO Box 643385, Pittsburgh, PA 15264-3385 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Sep 01 2023 03:23:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Sep 01 2023 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 31 2023 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 01 2023 03:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 31 2023 23:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Aug 31 2023 23:27:20 | LoanCare, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 15591827 | ^ | MEBN | Aug 31 2023 23:27:23 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15591829 | + | Email/Text: bk@avant.com | Aug 31 2023 23:38:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15591828 | + | Email/Text: bk@avant.com | Aug 31 2023 23:38:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 15591830 | + | EDI: CAPITALONE.COM | Sep 01 2023 03:23:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15591831 | + | EDI: CAPITALONE.COM | Sep 01 2023 03:23:00 | Capital One Bank, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15591834 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 31 2023 23:34:21 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15591833 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 31 2023 23:33:47 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15591842 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 31 2023 23:38:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15591841 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 31 2023 23:38:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15591835 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 31 2023 23:38:00 | First National Bank of Pennsylvania, 4140 E State St, Hermitage, PA 16148-3401 |
| 15591836 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 31 2023 23:38:00 | First National Bank of Pennsylvania, Attn: Legal Dept, 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 15591837 | + | EDI: AMINFOFP.COM | Sep 01 2023 03:23:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15591839 | + | EDI: AMINFOFP.COM | Sep 01 2023 03:23:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15591843 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 31 2023 23:38:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15591844 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 31 2023 23:38:00 | LoanCare LLC, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 15591850 | | Email/Text: ml-ebn@missionlane.com | Aug 31 2023 23:38:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15591849 | | Email/Text: ml-ebn@missionlane.com | Aug 31 2023 23:38:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 15591846 | + | Email/Text: Mercury@ebn.phinsolutions.com | Aug 31 2023 23:38:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15591845 | + | Email/Text: Mercury@ebn.phinsolutions.com | Aug 31 2023 23:38:00 | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 15591848 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 31 2023 23:33:21 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15591847 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 31 2023 23:33:45 | Merrick Bank/CCHoldings, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15591851 | ^ | MEBN | Aug 31 2023 23:27:39 | Specialized Loan Servicing LLC, PO Box 60535, City of Industry, CA 91716-0535 |
| 15591852 | ^ | MEBN | Aug 31 2023 23:27:19 | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 15591854 | + | EDI: RMSC.COM | Sep 01 2023 03:23:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15591853 | + | EDI: RMSC.COM | Sep 01 2023 03:23:00 | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MEB Loan Trust II, U.S. Bank Trust National Associ |
| 15591838 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15591840 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 23-20817-JAD    Doc 32    Filed 09/02/23    Entered 09/03/23 00:27:38    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 31, 2023 | Form ID: 318 | Total Noticed: 31 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2023 at the address(es) listed below:

**Name**      **Email Address**

Daniel Philip Jones
> on behalf of Creditor LoanCare LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Denise Carlon
> on behalf of Creditor MEB Loan Trust II U.S. Bank Trust National Association, not in its individual capacity but solely as trustee dcarlon@kmllawgroup.com

Kenneth Steidl
> on behalf of Debtor Christopher S Mazurek julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
> ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
> crawfordmcdonald@aol.com  PA68@ecfcbis.com

Steven K. Eisenberg
> on behalf of Creditor LoanCare LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 6